IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **DANIEL SOTO, VICTOR LUJAN, MARIO SANCHEZ and RICARDO SANCHEZ,** Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs. | No. 7:20-cv-101-DC-RCG |
| **MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TALIS INDUSTRIES, LLC, and JOSE MARQUEZ** | **DEFENDANTS** |

### JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**DANIEL SOTO, VICTOR LUJAN, MARIO SANCHEZ and RICARDO SANCHEZ, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

and   **MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TALIS INDUSTRIES, LLC, and JOSE MARQUEZ, DEFENDANTS**

TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C.
3800 East 42nd Street, Suite 409
Odessa, Texas 79762
Telephone: (432) 363-2103
Facsimile: (432) 363-2153

*/s/ Jeffrey F. Thomason*
Jeffrey F. Thomason
Tex. Bar No. 19890200
thomason@toddlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Jeffrey F. Thomason, Esq.
TODD, BARRON, THOMASON,
HUDMAN & BEBOUT, P.C.
3800 East 42nd Street, Suite 409
Odessa, Texas 79762
Telephone: (432) 363-2103
Facsimile: (432) 363-2153
thomason@toddlawfirm.com

/s/ Josh Sanford
**Josh Sanford**