IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DANIEL SOTO, VICTOR LUJAN, MARIO, SANCHEZ, and RICARDO SANCHEZ, individually and on behalf of all others similarly situated,** §§§§§§ | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | No. MO:20-CV-00101-DC | |
| § | | |
| **MARQUEZ CONSTRUCTION & MAINTENANCE, LLC, TALIS INDUSTRIES, LLC, and JOSE MARQUEZ,** §§§§ | | |
| *Defendants*. § | | |

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT

BEFORE THE COURT is Plaintiffs Daniel Soto, Victor Lujan, Mario Sanchez, and Ricardo Sanchez (collectively, "Plaintiffs") and Defendants Marquez Construction & Maintenance, LLC, Talis Industries, LLC, and Jose Marquez's (collectively, "Defendants") Joint Motion to Approve Settlement seeking approval of their Settlement and Release of Claims under Section 216(b) of the Fair Labor Standards Act of 1938, 29 U.S.C §§ 201, *et seq*. ("FLSA"). (Doc. 34). After due consideration, the Court **GRANTS** the Joint Motion (Doc. 34) and finds as follows:

The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and thus, the Settlement Agreement is **APPROVED**.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 21st day of June, 2022.

                                            DAVID COUNTS
                                            UNITED STATES DISTRICT JUDGE